UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER SCHIEPERS,<br><br>Defendant | Criminal No.  25cr10117<br><br>Violations:<br><br>Count One: Distribution of and Possession with Intent to Distribute 5 Grams or More of Methamphetamine<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))<br><br>Count Two: Distribution of and Possession with Intent to Distribute 50 Grams or More of Methamphetamine and 1,4-Butanediol<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))<br><br>Count Three: Possession with Intent to Distribute 50 Grams or More of Methamphetamine and 1,4-Butanediol<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE

Distribution of and Possession with Intent to Distribute
5 Grams or More of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))

The Grand Jury charges:

On or about January 22, 2025, in Allston, in the District of Massachusetts, the defendant,

PETER SCHIEPERS,

did knowingly and intentionally distribute and possess with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT TWO
Distribution of and Possession with Intent to Distribute
50 Grams or More of Methamphetamine and 1,4-Butanediol
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

On or about February 12, 2025, in Allston, in the District of Massachusetts, the defendant,

PETER SCHIEPERS,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of 1,4-Butanediol, a controlled substance analogue, as defined in Title 21, United States Code, Sections 802(32)(A) and 813, of gamma-hydroxybutyric acid, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT THREE
Possession with Intent to Distribute
50 Grams or More of Methamphetamine and 1,4-Butanediol
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

On or about March 11, 2025, in Allston, in the District of Massachusetts, the defendant,

PETER SCHIEPERS,

did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of 1,4-Butanediol, a controlled substance analogue, as defined in Title 21, United States Code, Sections 802(32)(A) and 813, of gamma-hydroxybutyric acid, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1.  On conviction of the offenses in violation of Title 21, United States Code, Section 841, set forth in Counts One through Three, the defendant,

PETER SCHIEPERS,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_Bruce Jacobsen_
FOREPERSON

_[signature]_
JOHN O. WRAY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: April 3, 2025
Returned into the District Court by the Grand Jurors and filed.

/s/ Alexandra Traganos
DEPUTY CLERK

5