# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Allston  **Category No.** II  **Investigating Agency** DEA
**City:** Boston
**County:** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. ___   Case No. ___
Same Defendant ___   New Defendant ___
Magistrate Judge Case Number: 25-4120-DHH
Search Warrant Case Number: 25-4121-DHH
R 20/R 40 from District of ___

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ___   ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: Peter Schiepers   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: ___
Address: 41 Allston Street, Apt. 1, Boston, MA 02134
Birth date (Yr only): 1992   SSN (last 4#): 5362   Sex: M   Race: W   Nationality: UNK
Defense Counsel if known: Curtis Pouliot-Alvarez   Address: Federal Public Defender
Bar Number: ___   51 Sleeper Street, 5th Fl., Boston, MA 02210

**U.S. Attorney Information**
AUSA: John O. Wray   Bar Number if applicable: 714663

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: ___
**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:** ___
**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___.
☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Judge Hennessy   on March 14, 2025

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/3/2025   Signature of AUSA: *John O. Wray*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Peter Schiepers

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) | Distribution and Possession with Intent to Distribute 5 Grams or More of Methamphetamine | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) | Distribution of and Possession with Intent to Distribute 50 Grams or More of Methamphetamine and 1,4-Butanediol | 2 |
| Set 3 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) | Possession with Intent to Distribute 50 Grams or More of Methamphetamine and 1,4-Butanediol | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**