# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER SCHIEPERS,<br>                Defendant. | Criminal No. 25-10117-RGS |

## JOINT INITIAL STATUS REPORT AND
## MOTION FOR ORDER OF EXCLUDABLE DELAY

The parties in the above-captioned matter submit this initial status report pursuant to Local Rule 116.5(a) of the Local Rules for the United States District Court for the District of Massachusetts.

1. The parties request that the Court cancel the initial status conference scheduled for May 20, 2025, because the parties have complied with Local Rule 116.5(a) and there are no issues requiring the Court's attention.

2. The government represents that automatic discovery required under Local Rule 116.1(c) is complete. The government produced its discovery materials on May 6, 2025. The government is still redacting one of the longer videos in the production and will produce that video upon receipt. The government is aware of its continuing duty to supplement discovery if it receives additional materials.

3. Defendant is reviewing the materials produced thus far and has no current plans to make a discovery request.

4. The parties request an interim status conference at a time convenient for the Court after July 15, 2025.

5. At this time, the parties do not believe a protective order is warranted at this time because the sensitive information has been redacted. If the defendant believes the redacted information is pertinent, the parties will request a protective order.

6. Defendant proposes to file any motions under Fed. R. Crim. P. 12(b) at a time set at an interim status conference.

7. The parties agree that the government will provide its expert disclosures 21 days prior to trial. The defendants will provide expert disclosures 14 days prior to trial.

8. All time has been excluded under the Speedy Trial Act from the date of the defendants' arraignment on April 8, 2025 through May 20, 2025. See ECF No. 26.

9. The parties request that the Court exclude the time under the Speedy Trial Act until the date of the next status conference because the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

May 9, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ John O. Wray*
John O. Wray
Assistant U.S. Attorney

By: */s/ Curtis Pouliot-Alvarez*
CURTIS POULIOT ALVAREZ
Counsel for Defendant Peter Schiepers

**CERTIFICATE OF SERVICE**

      I, John O. Wray, Assistant U.S. Attorney, do hereby certify that I served a copy of the foregoing on all registered parties by electronic filing on ECF at the date listed above.

                                                 */s/ John O. Wray*
                                                 John O. Wray
                                                 Assistant U.S. Attorney