UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No: 1:25-cr-10117 |
| ) | |
| PETER SCHIEPERS, ) | |
|    Defendant. ) | |

## **ASSENTED TO MOTION TO MODIFY SPECIAL CONDITIONS OF RELEASE**

Now comes the Defendant in the above-entitled matter and requests that this Honorable Court modify the conditions of his release conditions to allow him to move from his father's studio apartment to his own residence, with the condition that probation investigate and approve any proposed address.

On March 14, 2025, this Court released Mr. Schiepers on conditions that included, as relevant here, a condition that he reside with his father, who is also third-party custodian. The Court also set additional special conditions that he live with his father and engage in substance use disorder and mental health treatment.

Since his release, Mr. Schiepers has fully complied with all his conditions of release. He has been receiving substance use disorder treatment on a weekly basis at Boston Medical Center's (BMC) Stimulant Treatment and Recovery Team (START) program. The START program conducts weekly urinalysis drug testing, medication management, individual counseling, and app-based cognitive behavioral therapy. Since beginning treatment with START, all of Mr. Schiepers' drug screens have been negative. Exhibit 1.

Mr. Schiepers' substance use disorder provider has opined that "there are no concerns regarding independent living for Mr. Schiepers" and that being allowed to live independently would allow him to "continue his progress and demonstrate ongoing personal growth." Id.

Additionally, Mr. Schiepers attends a peer support program that is specifically geared towards LGBTQ+ persons in recovery from stimulant addiction. He meets with this group every Thursday morning. Mr. Schiepers is also receiving outpatient counseling and psychiatric treatment through BMC's Community Behavioral Health Center. <u>Exhibit 2</u>. Mr. Schiepers' mental health treatment providers have expressed concern with "the impact of his current living environment on his ability to progress towards treatment goals." <u>Id.</u>

Mr. Schiepers moves the Court to amend his conditions, specifically by removing the requirement that he have a third-party custodian and live with his father. Said relief is not only appropriate given Mr. Schiepers' exemplary compliance with his release conditions but is also recommended by his treatment providers to allow progression towards his treatment goals.

Pursuant to Local Rule 7.1, counsel for the defendant has conferred with the government and probation pertaining to this motion. Probation and the government assent to the requested relief.

For the foregoing reasons, Mr. Schiepers respectfully requests that the Court grant this motion to modify the conditions of his release as outline above.

Dated: 06/16/2025

Respectfully submitted,
PETER SCHIEPERS
By His Attorney,

<u>*/s/ Curtis Pouliot-Alvarez*</u>
Curtis Pouliot-Alvarez
BBO #: 693348
Federal Defender Office
51 Sleeper Street, Fifth Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

      I hereby certify that this document filed will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 16, 2025.

      */s/ Curtis Pouliot-Alvarez*
      Curtis Pouliot-Alvarez