UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:25-CR-10117-RGS |
| v. | ) | |
| | ) | |
| PETER SCHIEPERS | ) | |
| | ) | |

**ASSENTED-TO MOTION TO CONTINUE SENTENCING**

Peter Schiepers moves this Honorable Court to continue his sentencing, currently scheduled for March 11, 2026, for 12 months. Mr. Schiepers has been accepted into the RISE program with an anticipated completion date of February 2027.

Pursuant to Local Rule 7.1, counsel for the defendant conferred with the government and Probation, and both assent to this motion.

Date:   01/26/2026

Respectfully submitted,
PETER SCHIEPERS
by his attorney

*/s/ Curtis Pouliot-Alvarez*
Curtis Pouliot-Alvarez, BBO # 693348
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

**Certificate of Service**

I hereby certify that this document was filed on January 26, 2026, through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

*/s/ Curtis Pouliot-Alvarez*

1